# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 15 EM 2018

               Respondent   :

                          :

              v.   :

                          :

TYRELL HART,   :

               Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.